

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L.**, and In the Interest of K.A.F.L., A Child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
          Karen Angelini, Justice
          Sandee Bryan Marion, Justice
          Marialyn Barnard, Justice
          Rebeca C. Martinez, Justice (dissenting without opinion to denial for motion for reconsideration en banc)
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

The court has considered the Appellee's Motion for En Banc Reconsideration and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court